IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03232-MSK-KMT

URBAN DRILLING INC., a Kansas corporation,

      Plaintiff,

v.

PATRICK WAYNE WEBB,
PETERSON ENERGY MANAGEMENT INCORPORATED, a Colorado corporation,
HIGH TECH TOOLS LLC, a Colorado limited liability company,
BONANZA CREEK ENERGY, INC., a Delaware corporation,

      Defendants.

_____

## FINAL JUDGMENT

_____

      In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Electronic Order  filed on June 4, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #40**) to dismiss the case for lack of subject matter jurisdiction. it is

      ORDERED that the Recommendation of Magistrate Judge Tafoya  (**Doc. #40**) is **ADOPTED**.   Plaintiff's case is dismissed and the case is closed.  It is further

      ORDERED that defendants are AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated this 6th day June, 2013.

              ENTERED FOR THE COURT:
              JEFFREY P. COLWELL, CLERK

              By: s/Edward P. Butler
              Edward Butler
              Deputy Clerk